```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF NORTH CAROLINA
                           RALEIGH DIVISION
```

| | |
|---|---|
| IN RE: | CASE NO. |
| HENRY K. HART<br>CARRIE F. HART | 04-00491-5-ATS |
| DEBTORS | |
| CARRIE F. HART | |
| Plaintiff | ADVERSARY PROCEEDING NO. |
| v. | S-05-00079-5-AP |
| HARNETT COUNTY DEPARTMENT OF<br>SOCIAL SERVICES and STATE OF NORTH<br>CAROLINA | |
| Defendants. | |

**JUDGMENT**

This adversary proceeding to determine whether, pursuant to 11 U.S.C. § 524(a), the Harnett County Department of Social Services and the State of North Carolina should be enjoined from prosecuting the debtor, Carrie F. Hart, for alleged food stamp and Medicaid fraud was tried in Raleigh, North Carolina on August 25, 2005. A memorandum opinion setting forth the court's findings of fact and conclusions of law was entered on this date. Based upon those findings of fact and conclusions of law,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that no injunction shall be issued against the State of North Carolina or the Harnett County Department of Social Services regarding the criminal prosecution of Ms. Hart for alleged food stamp and Medicaid fraud.

DATED: August 29, 2005

*A. Thomas Small*
United States Bankruptcy Judge